UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAWN BROOKS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SKAGIT COUNTY PUBLIC HEALTH et al.,<br><br>　　　　　　　Defendants. | CASE NO. 2:23-cv-01708-LK<br><br>ORDER OF DISMISSAL |

　　　　This matter comes before the Court sua sponte. On January 16, 2024, the Court dismissed pro se Plaintiff Fawn Brooks' amended complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B), and granted her leave to file a second amended complaint by February 12, 2024. Dkt. No. 8 at 15–16. The Court cautioned Ms. Brooks that failure to file a proper amended complaint by February 12, 2024 would result in this action being dismissed with prejudice. *Id.*

　　　　Because Ms. Brooks has not filed a second amended complaint or any request for extension, the Court now DISMISSES this case with prejudice.

ORDER OF DISMISSAL - 1

1 | The Clerk is directed to send uncertified copies of this Order to Ms. Brooks at her last
2 | known address.
3 | Dated this 15th day of February, 2024.

*Lauren King*

Lauren King
United States District Judge

ORDER OF DISMISSAL - 2