# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAWN M BROOKS,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>SKAGIT COUNTY PUBLIC HEALTH et al.,<br><br>　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:23-cv-01708-LK |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

　　For the reasons stated in the Court's February 15, 2024 Order, Dkt. No. 9, judgment is entered in favor of Defendants and against Plaintiff.

　　Dated February 15, 2024.

　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　/s/Natalie Wood
　　　　　　　　　　　　　　　　　　Deputy Clerk